# UNITED STATES DISTRICT COURT
for the
**Western District of Kentucky**
**Louisville Division**

| | | |
|---|---|---|
| Derrick Wickliffe<br>*Plaintiff* | ) ) ) | |
| v. | ) ) | Case No.   3:16-cv-00271-JHM |
| McClain DeWees PLLC *et al.*<br>*Defendants* | ) ) ) ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Derrick Wickliffe and Defendants McClain DeWees PLLC and Robert William DeWees, III hereby jointly request that this Court dismiss with prejudice Plaintiff's claims against all Defendants in the above-styled action. Except as otherwise agreed, the parties shall each bear their own costs, expenses, and attorney's fees.

HAVE SEEN AND APPROVED:

/s/ James R. McKenzie
James R. McKenzie
*James R. McKenzie Attorney, PLLC*
115 S. Sherrin Avenue, Suite 5
Louisville, KY 40207
Tel:   (502) 371-2179
Fax:   (502) 257-7309
E-mail: jmckenzie@jmckenzielaw.com
*Counsel for Plaintiff*
*Derrick Wickliffe*

/s/ Michael W. McClain (by permission)
Michael W. McClain
*McClain DeWees, PLLC*
6008 Park Plaza Avenue, Suite H
Louisville, KY 40207
Tel:   (502) 749-2388
Fax:   (502) 779-7428
E-mail: mmcclain@mcclaindewees.com
*Counsel for Defendants*
*McClain DeWees, PLLC and*
*Robert William DeWees, III*