# UNITED STATES DISTRICT COURT
for the
**Western District of Kentucky**
**Louisville Division**

| | | | |
|---|---|---|---|
| Derrick Wickliffe | ) | | |
| *Plaintiff* | ) | | |
| | ) | | |
| v. | ) | Case No. | 3:16-cv-00271-JHM |
| | ) | | |
| McClain DeWees PLLC *et al.* | ) | | |
| *Defendants* | ) | | |
| | ) | | |

### ORDER DISMISSING WITH PREJUDICE AS TO DEFENDANTS MCCLAIN DEWEESE, PLLC AND ROBERT WILLIAM DEWEES III

Plaintiff Derrick Wickliffe and Defendants McClain DeWees, PLLC and Robert William DeWees III, having jointly stipulated that this case be dismissed with prejudice as to all claims against all Defendants as evidenced by the signatures of counsel for the parties, and the court being sufficiently advised:

**IT IS THEREFORE ORDERED** that Plaintiff Derrick Wickliffe's claims against Defendants McClain DeWees, PLLC and Robert William DeWees III in this action are **DISMISSED WITH PREJUDICE**, with each party to bear its own costs, expenses, and fees.

Joseph H. McKinley, Jr., Chief Judge
United States District Court

October 23, 2017

APPROVED BY:

/s/ James R. McKenzie  
James R. McKenzie  
*James R. McKenzie Attorney, PLLC*  
115 S. Sherrin Avenue, Suite 5  
Louisville, KY 40207  
Tel:   (502) 371-2179  
Fax:   (502) 257-7309  
E-mail: jmckenzie@jmckenzielaw.com  
*Counsel for Plaintiff*  
*Derrick Wickliffe*

/s/ Michael W. McClain (by permission)  
Michael W. McClain  
*McClain DeWees, PLLC*  
6008 Park Plaza Avenue, Suite H  
Louisville, KY 40207  
Tel:   (502) 749-2388  
Fax:   (502) 779-7428  
E-mail: mmcclain@mcclaindewees.com  
*Counsel for Defendants*  
*McClain DeWees, PLLC and*  
*Robert William DeWees, III*